1  McGREGOR W. SCOTT
   United States Attorney
2  QUINN HOCHHALTER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:18-MJ-0057-DB

12                        Plaintiff,       FINDINGS AND ORDER EXTENDING TIME FOR
                                           PRELIMINARY HEARING PURSUANT TO RULE
13               v.                        5.1(d) AND EXCLUDING TIME

14  KIZZIE LANITRA MORRIS,                 DATE: March 26, 2018
                                           TIME: 2:00 p.m.
15                        Defendant.       COURT: Hon. Edmund F. Brennan

16

17

18        The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 22, 2018.

20  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22  5.1(d) of the Federal Rules of Criminal Procedure.

23        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24  of justice served by granting this continuance outweigh the best interests of the public and the defendant

25  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26  not adversely affect the public interest in the prompt disposition of criminal cases.

27        THEREFORE, FOR GOOD CAUSE SHOWN:

28        1.      The date of the preliminary hearing is extended to April 6, 2018, at 2:00 p.m.

          [PROPOSED] FINDINGS AND ORDER                    1

1    2.    The time between March 26, 2018, and April 6, 2018, shall be excluded from calculation

2    pursuant to 18 U.S.C. § 3161(h)(7)(A).

3    3.    Defendant shall appear at that date and time before the Magistrate Judge on duty.

4

5    IT IS SO ORDERED.

6    Dated:  March 22, 2018

7

8

9    DEBORAH BARNES
     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINDINGS AND ORDER